## 48467. LEWIS v. THE STATE.

STOLZ, Judge. The evidence supports the defendant's conviction on three counts of simple battery following his indictment and trial on six counts of criminal attempt to commit aggravated sodomy, and the trial judge did not err in overruling the amended motion for new trial.

*Judgment affirmed. Eberhardt, P. J., and Pannell, J., concur.*
SUBMITTED SEPTEMBER 4, 1973 — DECIDED SEPTEMBER 17, 1973.

*Harry F. Thompson,* for appellant.
*Fred M. Hasty, District Attorney, Walker P. Johnson, Jr., Walter Matthews,* for appellee.